UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HERBERT J. ARNDT ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 7:18-CV-205-FL |
| HUGH HURWITZ, *Acting Director of* ) | |
| *the Federal Bureau of Prisons,* and ) | |
| WILLIAM BARR, *in his official capacity* ) | |
| *as Attorney General* ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding service on defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2019, that this case is dismissed WITHOUT PREJUDICE for failure to obtain service of the complaint upon defendants.

**This Judgment Filed and Entered on December 11, 2019, and Copies To:**
Herbert J. Arndt (Via US Mail) 373 Southbend Ct, Leland, NC 28451
Randy E. Renfer (via CM/ECF Notice of Electronic Filing)

December 11, 2019             PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk